# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2025R00686)

FILED IN OPEN COURT
U.S.D.C. - Atlanta
JAN 05 2026
KEVIN P. WEIMER, Clerk
By: ypy Deputy Clerk

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Fulton                     **DISTRICT COURT NO.**   1:25-CR-566

**MAGISTRATE CASE NO.**

Indictment                    X Information                    Magistrate's Complaint
DATE:                         DATE: January 5, 2026             DATE:

UNITED STATES OF AMERICA
vs.
KAREN BENNETT

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

**Is the defendant in custody?** Yes  X No
**Will the defendant be arrested pending outcome of this proceeding?** X Yes  No
**Is the defendant a fugitive?** Yes  X No
**Has the defendant been released on bond?** Yes  X No

**Will the defendant require an interpreter?** Yes  X No

District Judge:

Attorney: Garrett L. Bradford
Defense Attorney: Jay L Strongwater