**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Time in Court: _____ Hrs __20__ Min

Filed in Open Court: Date: __1/5/2026__ Time: __11:03__ Tape: __FTR__

Magistrate (presiding): **CHRISTOPHER C. BLY**   Deputy Clerk: **James Jarvis**   Exhibits Yes ☐   No ☐

Case Number: __1:25-cr-566__   Defendant's Name: __Karen Bennett__
AUSA: __Garrett Bradford__   Defendant's Attorney: __Jay + Emily Strangwater__
USPO/PTR: _____   Type Counsel: (✓) Retained ( ) CJA ( ) FPD

____ ARREST DATE: _____
____ INTERPRETER: _____
✓ INITIAL APPEARANCE HEARING. ( ) In THIS DISTRICT    Dft in custody? ( ) Yes (✗) No
✓ Defendant advised of right to counsel.    ( ) WAIVER OF COUNSEL filed.
____ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY.
____ ORDER appointing _____ as counsel.
____ ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)
____ Dft to pay attorney fees as follows: _____
✓ INFORMATION/COMPLAINT filed.     WAIVER OF INDICTMENT filed.
✓ Copy indictment/information given to dft? (X) Yes ( ) No   Read to dft? ( ) Yes ( ) No (X) Prior to Hrg
____ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.
✓ ARRAIGNMENT HELD. ( ) **indictment** / information    ( ) Dft's WAIVER of appearance filed.
____ Arraignment continued to _____ at _____ Request of ( ) Govt ( ) Dft
____ Dft failed to appear for arraignment.   Bench warrant issued
✓ Dft enters PLEA OF NOT GUILTY. ( ) Dft stood mute; plea of NOT GUILTY entered. ( ) Waiver of appearance.
____ MOTION TO CHANGE PLEA, and order allowing same.
✓ ASSIGNED TO JUDGE __ELR__ for ( ) trial ( ) arraignment/sentence.
____ ASSIGNED TO MAGISTRATE _____ for pretrial proceedings.
____ Estimated trial time: _____ days.   ( ) SHORT ( ) MEDIUM ( ) LONG
____ PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued until _____ at _____ for sentencing.

ARRAIGNMENT - Pg. 2        Case No.:
                           Defendant:

___  Government MOTION FOR DETENTION filed. Hearing set for _____ at
___  Temporary commitment issued.   Dft remanded to custody of USMS
___  The Court DEFERRED ruling on the motion until it's ripe for a ruling.

**BOND REVOCATION/ DETENTION HEARING**

✓  BOND / PRETRIAL DETENTION hearing held.
___  Government MOTION FOR DETENTION ( ) GRANTED ( ) DENIED ( ) DEFERRED
     ( ) WITHDRAWN
___  WRITTEN ORDER TO FOLLOW.
___  HEARING HELD on motion for reduction / modification of bond.
___  Motion for reduction / modification of Bond ( ) GRANTED ( ) DENIED.
___  WRITTEN ORDER TO FOLLOW.
✓  BOND SET at  $10,000
✓  Non-surety
___  Surety ( ) Cash  ( ) Property  ( ) Corporate surety ONLY
    SPECIAL CONDITIONS:

_____
_____
_____
_____

✓  Bond filed; defendant released.
___  Bond NOT EXECUTED.   Defendant to remain in Marshal's custody.
___  Defendant to remain on pretrial release under the terms and conditions set forth in the U. S. District for the
    _____

**WITNESSES:** _____
_____
_____
_____

**SENTENCE:** _____
_____
_____
_____

## Order

☑ Pursuant to the Due Process Protections Act, *see* Fed. R. Crim. P. 5(f), the government is directed to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and to provide all materials and information that are arguably favorable to the defendant in compliance with its obligations under *Brady*; *Giglio v. United States*, 405 U.S. 150 (1972); and their progeny. Exculpatory material as defined in *Brady* and *Kyles v. Whitley*, 514 U.S. 419, 434 (1995), shall be provided sufficiently in advance of trial to allow a defendant to use it effectively, and exculpatory information is not limited to information that would constitute admissible evidence.

The failure of the government to comply with its *Brady* obligations in a timely manner may result in serious consequences, including, but not limited to, the suppression or exclusion of evidence, the dismissal of some or all counts, adverse jury instructions, contempt proceedings, or other remedies that are just under the circumstances.