IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Information |
| | : | No. 1:25-CR-566 |
| KAREN L. BENNETT | : | |
|    Defendant. | : | |

**MOTION FOR EXTRAORDINARY RELIEF**

Comes now the defendant, Karen Bennett, who moves the Court for extraordinary relief by combining the change of plea and sentencing hearings into one proceeding. In support thereof, Ms Bennett shows the Court the following:

1.

Karen Bennett has been charged in this one count Criminal Information with making a false statement with respect to her 2020 application for benefits under the Pandemic Unemployment Assistance Program (PUA) resulting in an unauthorized payment of $13,940.00.

2.

Ms Bennett is currently released on a $10,000.00 signature bond without any pretrial supervision. She is scheduled to appear before this Court at 10:00 on Wednesday, January 21, 2026 for a change of plea hearing.

3.

In the usual course of events, a sentencing hearing would be scheduled

approximately three months following the change of plea hearing. However for reasons stated below, Ms Bennett is requesting that her sentencing hearing be conducted at the same time.

4.

There are three reasons supporting an expedited sentencing hearing: The recommended sentence set out in the plea agreement; the applicable advisory guideline calculation; and, Ms Bennett's personal history.

### I. Recommended Sentence

Paragraph 18 of the Plea Agreement states that "the Government agrees to recommend that the Defendant be sentenced to time served with no period of supervised release to follow." The plea agreement also calls for Ms Bennett to make restitution in the amount of $13,940.00.

The "time served" component of the recommended sentence will be satisfied by Ms Bennett's time at the Marshal's office being processed.

Ms Bennett is prepared to make full and complete restitution at the hearing. She needs direction as to where and to whom payment is to be made.

### II. Advisory Sentencing Guideline

Ms Bennett's net offense level is four.

> 6 Base Level §2B1.1(a)(2)
> +2 Loss of more than $6,500.00 §2B1.1(b)(1)(B)
> -2 Acceptance of Responsibility §3E1.1
> -2 Zero Point Offender §4C1.1

That level combined with her clean criminal history places Ms Bennett is Zone A which suggests straight probation.

### III. Personal History

Ms Bennett is 70 years old. She is the proud parent of two children: one is an attorney and the other is a biological scientist. Ms Bennett has several degrees: a BS in Physical Therapy from Howard University, a MS in Exercise Physiology from Georgia State University, a Master of Divinity from the Chandler School of Theology at Emory University and a Doctor of Physical Therapy from Alabama State University.

Ms Bennett was a twelve term state representative from District 94 in DeKalb and Gwinnett Counties. During her service she co-sponsored many bills including the 2020 Georgia Hate Crimes bill. She has been a champion for mental health screening for pre and post partum mothers. In addition, Ms Bennett was appointed by the Speaker of the House to serve the Maternal & Child Health Commission. Ms Bennett has retired from the House by timely notifying Governor Kemp as required by statute.

Ms Bennett is focused on community service outside the State legislature. Ten years ago, she founded "Emma B. Allen Pink Sash Parade" which celebrates breast cancer survivors and promotes early detection and awareness. She works with local churches in DeKalb and Gwinnett to promote this annual event. Due to this prosecution, Ms Bennett has resigned from the boards of the many civic and professional

organizations of which she was part of.

Lastly, but equally significant, is Ms Bennett's contribution to her church. She is an ordained itinerant elder of the AME Church. Ms Bennett has served the Church for many years as a senior pastor.

**Conclusion**

All the terms and conditions of the plea agreement will be addressed on Wednesday, January 21, 2026. She will have been processed by the Marshal Service satisfying the "time served" portion of the recommended sentence and will make full restitution as soon as she is informed of who is to receive the payment. By proceeding with a combined plea and sentencing hearing, Ms Bennett will be able to close this unfortunate chapter of her life.

Submitted by,

/s/ Emily B. Strongwater
Emily B. Strongwater
Georgia Bar No. 572648

/s/ Jay L. Strongwater
Jay L. Strongwater
Georgia Bar No. 688750

Strongwater & Associates, LLC
3340 Peachtree Road
Suite 2570
Atlanta, Georgia  30326
404.872.1700
Counsel for Bennett

CERTIFICATE OF SERVICE

I hereby certify that I have on this day served a true and correct copy of the within and foregoing pleadings upon counsel for the government by electronically posting through the District Court's ECF Filing System.

This   20th   day of   January  , 2026.

/s/ *Jay L. Strongwater*
Jay L. Strongwater
Georgia Bar No. 688750


Strongwater & Associates, LLC
3340 Peachtree Road
Suite 2570
Atlanta, Georgia  30326
404.872.1700
Counsel for Bennett