# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) ) | Case Number:  **1:25-CR-566-ELR-1** |
| | ) | USM Number:  **36786-512** |
| **KAREN BENNETT** | ) ) | |
| | ) | J. Strongwater; Emily Strongwater |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

The defendant pleaded guilty to **COUNT ONE**.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1001 | False Statements | August 13, 2020 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

April 23, 2026
Date of Imposition of Judgment

*Eleanor L. Ross*
Signature of Judge

ELEANOR L. ROSS, U. S. DISTRICT JUDGE
Name and Title of Judge

April 23, 2026
Date

DEFENDANT:  KAREN BENNETT
CASE NUMBER:  1:25-CR-566-ELR-1

Judgment in a Criminal Case
Sheet 2 -- Imprisonment

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **TIME SERVED.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:  KAREN BENNETT
CASE NUMBER:  1:25-CR-566-ELR-1

Judgment -- Page **3** of **4**

Judgment in a Criminal Case
Sheet 5 -- Criminal Monetary Penalties

# CRIMINAL MONETARY PENALTIES

The defendant shall pay to the United States a special assessment of **$100.00,** which shall be due immediately.

**Special Assessment**

TOTAL    **$100.00**

**Fine**

TOTAL    **$1,000.00**

**Restitution**

**TOTAL    $13,940.00**

The restitution shall be paid in full immediately. All monetary penalties are to be made payable to the Clerk, U.S. District Court, 2211 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Ga 30303. If not paid in full immediately, the defendant shall make restitution payments at the monthly rate of no less than $250 to the U.S. District Court Clerk.

| Name of Payee | Total Loss***** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Georgia Department of Labor Attn: Overpayment Repayment Unit 148 Andrew Young Blvd Atlanta, Ga 30303 | $13,940.00 | $13,940.00 | |
| **TOTALS** | **$13,940.00** | **$13,940.00** | |

DEFENDANT:  KAREN BENNETT
CASE NUMBER:  1:25-CR-566-ELR-1                                        Judgment -- Page **4** of **4**

The interest requirement is waived for the fine and restitution.

The court determined that the defendant does not have the ability to pay interest and it is ordered that: The interest requirement is waived for the fine.

You shall notify the United States Attorney for the district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

*Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
**Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
***Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.